UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN ANDERSON, :
:
Plaintiff : CIVIL ACTION NO. 3:18-2238
:
v. :
: (JUDGE MANNION)
ANDREW M. SAUL,
Commissioner of Social Security, :

Defendant :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the **STAY** issued in this case, **(Doc. 26)**, is **LIFTED**;

(2) the report of Judge Schwab, **(Doc. 23)**, is **ADOPTED IN ITS ENTIRETY**;

(3) the plaintiff's appeal of the final decision of the Commissioner denying his claim for DIB, **(Doc. 1)**, is **GRANTED**, and the Commissioner's decision is **VACATED**;

(4) the Commissioner's objections to the report of Judge Schwab, **(Doc. 24)**, are **OVERRULED**;

(5) this case is **REMANDED** to the Commissioner for a new hearing before a different, constitutionally appointed ALJ, other than ALJ Wolfe, and to issue a new Decision as to

plaintiff's claim for DIB; and

**(6)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 18, 2020**

18-2238-01-ORDER.wpd